Raymond WOOD, Sr., Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 224, 2015

Supreme Court of Delaware.

Submitted: July 27, 2015
Decided: September 10, 2015
Corrected: October 8, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 1304026601

AFFIRMED.